UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHEET METAL WORKERS NATIONAL HEALTH FUND, | ) ) ) |
| Plaintiff, | ) Civil Action No: 3:13cv1081 |
| v. | ) ) *Judge Trauger* |
| | ) *Magistrate Judge Bryant* |
| TL HILL CONSTRUCTION, LLC, | ) ) |
| Defendant. | ) |

## ORDER

This action is before the Court for consideration of a motion for entry of default judgment by the Court under Fed. R. Civ. P. 55(b)(2).

Default was entered in this action by the Clerk (Docket Entry no. 7), following which Plaintiff moved for entry of default judgment against Defendant and submitted affidavits showing the amounts due to the Plaintiff.

The motion is granted, and the Sheet Metal Workers National Health Fund shall recover from TL Hill Construction, LLC the amount of $8,440.04.

The Clerk is directed to mail a copy of this order to TL Hill Construction, LLC, c/o Nicole Hill, 6203 Burrowing Owl Cove, Bradenton, FL 34202.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
United States District Judge